1  JAMES C. STURDEVANT (State Bar No. 94551)
   (jsturdevant@sturdevantlaw.com)
2  WHITNEY HUSTON (State Bar No. 234863)
   (whuston@sturdevantlaw.com)
3  THE STURDEVANT LAW FIRM
   A Professional Corporation
4  354 Pine Street, Fourth Floor
   San Francisco, CA 94104
5  Telephone: (415) 477-2410
6  Facsimile: (415) 477-2420

7  STEVEN A. SKALET (*pro hac vice*, TBD)
   (sskalet@findjustice.com)
8  CRAIG L. BRISKIN (*pro hac vice*, TBD)
   (cbriskin@findjustice.com)
9  MEHRI & SKALET, PLLC
   1250 Connecticut Ave., NW, Suite 300
10 Washington, DC 20036
   Telephone: (202) 822-5100
11 Facsimile: (202) 822-4997

12
   MICHAEL D. DONOVAN (*pro hac vice*, TBD)
13 (mdonovan@donovansearles.com)
   DONOVAN SEARLES, LLC
14 1845 Walnut Street, Suite 1100
   Philadelphia, PA 19103
15 Telephone: (215) 732-6067
   Facsimile: (215) 732-8060
16
   Attorneys for Plaintiffs and the Putative Class
17

18 KILPATRICK TOWNSEND & STOCKTON LLP
   ROBERT D. TADLOCK (State Bar No. 238479)
19 Two Embarcadero Center Eighth Floor
   San Francisco, CA 94111
20 Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
21 Email: rtadlock@kilpatricktownsend.com

22 *Pro hac vice applications submitted for:*
   JAMES F. BOGAN III (GA State Bar No. 065220)
23 CINDY D. HANSON (GA State Bar No. 323920)
   KATHRYN C. EDERLE (GA State Bar No. 940539)
24 1100 Peachtree Street, Suite 2800
   Atlanta, Georgia 30309
25 Telephone: (404) 815-6500
   Facsimile: (404) 815-6555
26 Email: jbogan@kilpatricktownsend.com
   Email: chanson@kilpatricktownsend.com
27
   Attorneys for Defendant
28 AMERISAVE MORTGAGE CORPORATION

JOINT STIPULATION TO EXTEND TIME TO ANSWER
CASE NO. C 11-01803 EMC

- 1 -

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Case No. C 11-01803 EMC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>ORDER |

Pursuant to Local Civil Rule 6-1(a), the undersigned counsel stipulate to an extension of time for Defendant Amerisave Mortgage Corporation to answer, plead or otherwise respond to Plaintiffs' Complaint in the above-captioned litigation from the current deadline on April 20, 2011 until May 20, 2011. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: April 19, 2011

| | |
|---|---|
| THE STURDEVANT LAW FIRM, PC<br>MEHRI & SKALET, PLLC<br>DONOVAN SEARLES, LLC<br>Attorneys for Plaintiffs<br><br>By: _____<br>　　　Whitney Huston | KILPATRICK TOWNSEND & STOCKTON LLP<br>Attorneys for Defendant<br><br><br><br>By: _____<br>　　　Robert Tadlock |

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

JOINT STIPULATION TO EXTEND TIME TO ANSWER
CASE NO. C 11-01803 EMC

US2008 2522640.1

- 2 -

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On April 19, 2011, I served the following document(s) on the party(ies) in this action: **JOINT STIPULATION TO EXTEND TIME TO ANSWER**

( )    By Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. CCP §1013(a); Fed. Rule Civ. Proc. 5(b).

( )    By Overnight Courier: I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnight Courier. Under that practice it would be deposited with said Overnight Courier on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. CCP §1013(c).

(X)    By E-mail: By electronic mail to the addresses below.

James C. Sturdevant, Esq.
Whitney Huston, Esq.
The Sturdevant Law Firm, PC
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Tel: (415) 477-2410
Email: jsturdevant@sturdevantlaw.com
Email: whuston@sturdevantlaw.com

Michael D. Donovan, Esq.
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Email: mdonovan@donovansearles.com

Steven A. Skalet, Esq.
Craig L. Briskin, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Email: sskalet@findjustice.com
Email: cbriskin@findjustice.com

Executed on April 19, 2011, at San Francisco, California.

*/s/ Victoria Hopper*
Victoria Hopper