| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | ROBERT D. TADLOCK (State Bar No. 238479) |
| 2 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, CA  94111 |
| 3 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 4 | Email: rtadlock@kilpatricktownsend.com |
| 5 | *Pro hac vice:* |
| | JAMES F. BOGAN III (GA State Bar No. 065220) |
| 6 | CINDY D. HANSON (GA State Bar No. 323920) |
| | KATHRYN C. EDERLE (GA State Bar No. 940539) |
| 7 | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia  30309 |
| 8 | Telephone: (404) 815-6500 |
| | Facsimile: (404) 815-6555 |
| 9 | Email:  jbogan@kilpatricktownsend.com |
| | Email:  chanson@kilpatricktownsend.com |
| 10 | Email:  kederle@kilpatricktownsend.com |
| 11 | Attorneys for Defendant |
| | AMERISAVE MORTGAGE CORPORATION |
| 12 | |
| | JAMES C. STURDEVANT (SBN 94551) |
| 13 | (jsturdevant@sturdevantlaw.com) |
| | THE STURDEVANT LAW FIRM |
| 14 | A Professional Corporation |
| | 354 Pine Street, Fourth Floor |
| 15 | San Francisco, CA  94104 |
| | Telephone:  (415) 477-2410 |
| 16 | Facsimile:   (415) 477-2420 |
| 17 | STEVEN A. SKALET (admitted *pro hac vice*) |
| | (sskalet@findjustice.com) |
| 18 | CRAIG L. BRISKIN (admitted *pro hac vice*) |
| | (cbriskin@findjustice.com) |
| 19 | MEHRI & SKALET, PLLC |
| | 1250 Connecticut Ave., NW, Suite 300 |
| 20 | Washington, DC  20036 |
| | Telephone:  (202) 822-5100 |
| 21 | Facsimile:  (202) 822-4997 |
| 22 | MICHAEL D. DONOVAN (admitted pro hac vice) |
| | (mdonovan@donovansearles.com) |
| 23 | NOAH AXLER (admitted pro hac vice) |
| | (naxler@donovansearles.com) |
| 24 | DONOVAN AXLER, LLC |
| | 1845 Walnut Street, Suite 1100 |
| 25 | Philadelphia, PA  19103 |
| | Telephone:    215-732-6067 |
| 26 | Facsimile:    215-732-8060 |
| 27 | |
| 28 | WHITNEY STARK (SBN 234863) |

JOINT CASE STATUS REPORT AND CONSENT MOTION TO EXTEND DEADLINES                    - 1 -
CASE NO. CV 11-01803 EMC

US2008 3187410.1

(whitneystark@rhdtlaw.com)
RUKIN, HYLAND, DORIA & TINDALL
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Case No. C 11-01803 EMC<br><br>**CLASS ACTION**<br><br>**JOINT CASE STATUS REPORT AND STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Trial Date: None<br>Complaint Filed: March 2, 2011 |

Plaintiffs and Amerisave Mortgage Corporation hereby submit this Joint Case Status Report and Stipulation to Extend Deadlines. The parties hereby stipulate to the following:

As reported during the Case Management Conference held on November 21, 2011, the parties attended a mediation session on November 7, 2011 with Judge Infante. While the parties did not resolve the matter at that time, they continue to communicate with Judge Infante to explore settlement. Those conversations are continuing and the parties believe that additional time to explore potential settlement is worthwhile. Accordingly, the parties request a sixty-three day extension of all current deadlines. This extension would allow the parties to continue those

discussions and if unsuccessful would then allow the parties sufficient time to continue with the litigation. The parties therefore request that the deadlines in this matter be extended as follows:

- 4/6/2012 - Expert Disclosures (Class Certification)
- 5/25/2012 - Rebuttal Expert Disclosures (Class Certification)
- 6/1/2012 - Plaintiffs to file Motion for Class Certification
- 7/20/2012 - Defendant to file Opposition to Motion for Class Certification
- 8/10/2012 - Plaintiffs to file Reply ISO Motion for Class Certification
- 8/24/2012 - Hearing on Class Certification Motion (at 1:30 p.m.)
- 8/24/2012 - Further CMC. An updated joint CMC Statement shall be filed by 8/17/2012

No trial date has been set in this matter. There has been one previous 28 day extension of deadlines granted in this case.

DATED: January 23, 2012     Respectfully submitted,

| | |
|---|---|
| THE STURDEVANT LAW FIRM, PC<br>MEHRI & SKALET, PLLC<br>DONOVAN SEARLES, LLC<br>Attorneys for Plaintiffs | KILPATRICK TOWNSEND & STOCKTON LLP<br>Attorneys for Defendant |
| By */s/ Whitney Stark*<br>    Whitney Stark | By: */s/ Robert D. Tadlock*<br>    Robert D. Tadlock |

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                   */s/ Robert D. Tadlock*
                                                      Robert D. Tadlock

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 | The current deadlines in this case are moved as follows:

3 |     4/6/2012 - Expert Disclosures (Class Certification)

4 |     5/25/2012 - Rebuttal Expert Disclosures (Class Certification)

5 |     6/1/2012 - Plaintiffs to file Motion for Class Certification

6 |     7/20/2012 - Defendant to file Opposition to Motion for Class Certification

7 |     8/10/2012 - Plaintiffs to file Reply ISO Motion for Class Certification

8 |     8/24/2012 - Hearing on Class Certification Motion (at 1:30 p.m.)

9 |     8/24/2012 - Further CMC. An updated joint CMC Statement shall be filed by 8/17/2012

11 | Dated:   1/30/12

HON. EDWARD CHEN
UNITED STATES
[DISTRICT COURT SEAL — Northern District of California]
IT IS SO ORDERED
Judge Edward M. Chen