1 | KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT D. TADLOCK (State Bar No. 238479)
2 | Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
3 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
4 | Email: rtadlock@kilpatricktownsend.com

5 | *Pro hac vice:*
JAMES F. BOGAN III (GA State Bar No. 065220)
6 | CINDY D. HANSON (GA State Bar No. 323920)
KATHRYN C. EDERLE (GA State Bar No. 940539)
7 | 1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
8 | Telephone: (404) 815-6500
Facsimile: (404) 815-6555
9 | Email: jbogan@kilpatricktownsend.com
Email: chanson@kilpatricktownsend.com
10 | Email: kederle@kilpatricktownsend.com

11 | Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION
12 |
JAMES C. STURDEVANT (SBN 94551)
13 | (jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
14 | A Professional Corporation
354 Pine Street, Fourth Floor
15 | San Francisco, CA 94104
Telephone: (415) 477-2410
16 | Facsimile: (415) 477-2420

17 | STEVEN A. SKALET (admitted *pro hac vice*)
(sskalet@findjustice.com)
18 | CRAIG L. BRISKIN (admitted *pro hac vice*)
(cbriskin@findjustice.com)
19 | MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
20 | Washington, DC 20036
Telephone: (202) 822-5100
21 | Facsimile: (202) 822-4997

22 | MICHAEL D. DONOVAN (admitted pro hac vice)
(mdonovan@donovansearles.com)
23 | NOAH AXLER (admitted pro hac vice)
(naxler@donovansearles.com)
24 | DONOVAN AXLER, LLC
1845 Walnut Street, Suite 1100
25 | Philadelphia, PA 19103
Telephone:    215-732-6067
26 | Facsimile:    215-732-8060

27 |

28 |

JOINT CASE STATUS REPORT AND CONSENT MOTION TO EXTEND DEADLINES   - 1 -
CASE NO. CV 11-01803 EMC

US2008 3351019.1

WHITNEY STARK (SBN 234863)
(whitneystark@rhdtlaw.com)
RUKIN, HYLAND, DORIA & TINDALL
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:  (415) 421-1700

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Case No. C 11-01803 EMC<br><br>**CLASS ACTION**<br><br>**JOINT CASE STATUS REPORT AND STIPULATION TO EXTEND DEADLINES AND [PROP̶O̶SED] ORDER**<br><br>Courtroom:   5, 17th Floor<br>Judge:            Hon. Edward M. Chen<br><br>Trial Date:       None<br>Complaint Filed:  March 2, 2011 |

Plaintiffs and Amerisave Mortgage Corporation hereby submit this Joint Case Status Report and Stipulation to Extend Deadlines.  The parties hereby stipulate to the following:

As previously reported during the Case Management Conference held on November 21, 2011, the parties attended a mediation session on November 7, 2011 with Judge Infante.  While the parties did not resolve the matter at that time, they continued to communicate with Judge Infante to explore settlement.  Those conversations have resulted in a second mediation being scheduled with Judge Infante on April 12, 2012.  Accordingly, the parties request a sixty-three day extension of all current deadlines.[1]  This extension would allow the parties to continue the mediation process and if

---

[1] For the hearing on class certification, the parties request a 70-day extension due to a scheduled vacation of Amerisave's counsel, Cindy Hanson.

unsuccessful would then allow the parties sufficient time to continue with the litigation. The parties therefore request that the deadlines in this matter be extended as follows:

- 6/8/2012 - Expert Disclosures (Class Certification)
- 7/27/2012 - Rebuttal Expert Disclosures (Class Certification)
- 8/3/2012 - Plaintiffs to file Motion for Class Certification
- 9/21/2012 - Defendant to file Opposition to Motion for Class Certification
- 10/12/2012 - Plaintiffs to file Reply ISO Motion for Class Certification
- 11/2/2012 - Hearing on Class Certification Motion (at 1:30 p.m.)
- 11/2/2012 - Further CMC. An updated joint CMC Statement shall be filed by 10/26/2012

No trial date has been set in this matter. There have been two previous extension of deadlines totaling 91 days granted in this case for the purpose of facilitating continued mediation.

DATED: March 30, 2012 Respectfully submitted,

RUKIN, HYLAND, DORIA & TINDALL  
THE STURDEVANT LAW FIRM, PC  
MEHRI & SKALET, PLLC  
DONOVAN SEARLES, LLC  
Attorneys for Plaintiffs

KILPATRICK TOWNSEND & STOCKTON LLP  
Attorneys for Defendant

By: /s/ Whitney Stark  
    Whitney Stark

By: /s/ Robert D. Tadlock  
    Robert D. Tadlock

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 | The current deadlines in this case are moved as follows:

- 6/8/2012 - Expert Disclosures (Class Certification)
- 7/27/2012 - Rebuttal Expert Disclosures (Class Certification)
- 8/3/2012 - Plaintiffs to file Motion for Class Certification
- 9/21/2012 - Defendant to file Opposition to Motion for Class Certification
- 10/12/2012 - Plaintiffs to file Reply ISO Motion for Class Certification
- 11/2/2012 - Hearing on Class Certification Motion (at 1:30 p.m.)
- 11/2/2012 - Further CMC. An updated joint CMC Statement shall be filed by 10/26/2012

Dated: 4/4/12

IT IS SO ORDERED

Judge Edward M. Chen

EDWARD _____ District Court

JOINT CASE STATUS REPORT AND CONSENT MOTION TO EXTEND DEADLINES - 4 -
CASE NO. CV 11-01803 EMC

US2008 3351019.1

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                */s/ Robert D. Tadlock*
                                                 Robert D. Tadlock