KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: rtadlock@kilpatricktownsend.com

*Pro hac vice:*
JAMES F. BOGAN III (GA State Bar No. 065220)
CINDY D. HANSON (GA State Bar No. 323920)
KATHRYN C. EDERLE (GA State Bar No. 940539)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email:  jbogan@kilpatricktownsend.com
Email:  chanson@kilpatricktownsend.com
Email:  kederle@kilpatricktownsend.com

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

STEVEN A. SKALET (admitted *pro hac vice*)
(sskalet@findjustice.com)
CRAIG L. BRISKIN (admitted *pro hac vice*)
(cbriskin@findjustice.com)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone:  (202) 822-5100
Facsimile:  (202) 822-4997

MICHAEL D. DONOVAN (admitted pro hac vice)
(mdonovan@donovansearles.com)
NOAH AXLER (admitted pro hac vice)
(naxler@donovansearles.com)
DONOVAN AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:    215-732-6067
Facsimile:    215-732-8060

JOINT CASE STATUS REPORT AND CONSENT MOTION TO EXTEND DEADLINES     - 1 -
CASE NO. CV 11-01803 EMC

US2008 3467271.1

WHITNEY STARK (SBN 234863)
(whitneystark@rhdtlaw.com)
RUKIN, HYLAND, DORIA & TINDALL
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Case No. C 11-01803 EMC<br><br>**CLASS ACTION**<br><br>**JOINT CASE STATUS REPORT, NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION AND [PROPOSED] ORDER**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Trial Date: None<br>Complaint Filed: March 2, 2011 |

Plaintiffs and Amerisave Mortgage Corporation hereby submit this Joint Case Status Report, Notice of Settlement and Stipulation to Stay Litigation. The parties hereby stipulate to the following:

On April 26, 2012, the parties attended a mediation session with Judge Infante at which they reached an agreement in principle to settle this litigation on a class basis. Accordingly, the parties request a stay of the litigation (including all deadlines) so they may draft the settlement agreement and documents in support of preliminary approval of the settlement. The parties are cooperating in this process and anticipate that it will take at least 60 days to complete the necessary documents. Thus, the parties propose that they will either file the settlement documents within sixty days or will provide the Court with an update on their status in 60 days.

1  DATED: May 4, 2012            Respectfully submitted,

2

3  RUKIN, HYLAND, DORIA & TINDALL      KILPATRICK TOWNSEND & STOCKTON
   THE STURDEVANT LAW FIRM, PC         LLP
   MEHRI & SKALET, PLLC                Attorneys for Defendant
4  DONOVAN SEARLES, LLC
   Attorneys for Plaintiffs

5

6

7  By: */s/ Whitney Stark*              By: */s/ Robert D. Tadlock*
         Whitney Stark                          Robert D. Tadlock

JOINT CASE STATUS REPORT AND CONSENT MOTION TO EXTEND DEADLINES                - 3 -
CASE NO. CV 11-01803 EMC

US2008 3467271.1

PURSUANT TO STIPULATION, IT IS SO ORDERED:

In light of the parties' advising the Court that they have reached a settlement in principle, the litigation and all deadlines are hereby stayed. The parties are to file the settlement documents by June 25, 2012 or provide the Court with an update of their status at that time. The further CMC remains in place for 11/2/12 at 10:30 a. m.

Dated: May 10, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EDWA[illegible]
[illegible] States District Court

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                  */s/ Robert D. Tadlock*
                                                      Robert D. Tadlock