KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: rtadlock@kilpatricktownsend.com

*Pro hac vice:*
JAMES F. BOGAN III (GA State Bar No. 065220)
CINDY D. HANSON (GA State Bar No. 323920)
KATHRYN C. EDERLE (GA State Bar No. 940539)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email:  jbogan@kilpatricktownsend.com
Email:  chanson@kilpatricktownsend.com
Email:  kederle@kilpatricktownsend.com

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

STEVEN A. SKALET (admitted *pro hac vice*)
(sskalet@findjustice.com)
CRAIG L. BRISKIN (admitted *pro hac vice*)
(cbriskin@findjustice.com)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone:  (202) 822-5100
Facsimile:  (202) 822-4997

MICHAEL D. DONOVAN (admitted pro hac vice)
(mdonovan@donovansearles.com)
NOAH AXLER (admitted pro hac vice)
(naxler@donovansearles.com)
DONOVAN AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:     215-732-6067
Facsimile:     215-732-8060

JOINT CASE STATUS REPORT AND STIPULATION TO STAY OF LITIGATION   - 1 -
CASE NO. CV 11-01803 EMC

US2008 3601465.1

1  WHITNEY STARK (SBN 234863)
   (whitneystark@rhdtlaw.com)
2  RUKIN, HYLAND, DORIA & TINDALL
   100 Pine Street, Suite 2150
3  San Francisco, CA  94111
   Telephone:  (415) 421-1800
4  Facsimile:  (415) 421-1700

5  Attorneys for Plaintiffs and the Putative Class

6

7                       UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10

| 11 | JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class, | Case No. C 11-01803 EMC |
|----|----|----|
| 12 | | **CLASS ACTION** |
| 13 | Plaintiff, | **JOINT CASE STATUS REPORT AND STIPULATION TO CONTINUED STAY OF LITIGATION AND [PROPOSED] ORDER** RESETTING CMC |
| 14 | v. | |
| 15 | AMERISAVE MORTGAGE CORPORATION, | |
| 16 | | Courtroom:  5, 17th Floor |
| 17 | Defendant. | Judge:  Hon. Edward M. Chen |
| 18 | | Trial Date:  None<br>Complaint Filed:  March 2, 2011 |

19      Plaintiffs and Amerisave Mortgage Corporation hereby submit this Joint Case Status Report

20 and Stipulation to Continued Stay of Litigation.  The parties hereby stipulate to the following:

21      As previously reported, on April 26, 2012, the parties reached an agreement in principle to

22 settle this litigation on a class basis.  By consent order, this litigation was stayed and the parties

23 were ordered to either file the settlement documents or provide the Court with an update on their

24 status by June 25, 2012.  The parties are still in the process of drafting a settlement agreement and

25 documents in support of preliminary approval of the settlement.  The parties are cooperating in this

26 process and anticipate that it will take at least 30 days to complete the necessary documents.

27 Accordingly, the parties request a continued stay of the litigation (including all deadlines) so that

28 they may complete the necessary documents.  The parties propose that they will either file the

settlement documents within 30 days or will provide the Court with an update on their status in 30 days.

DATED:    June 21, 2012                Respectfully submitted,

RUKIN, HYLAND, DORIA & TINDALL          KILPATRICK TOWNSEND & STOCKTON
THE STURDEVANT LAW FIRM, PC             LLP
MEHRI & SKALET, PLLC                    Attorneys for Defendant
DONOVAN SEARLES, LLC
Attorneys for Plaintiffs


By: */s/ Whitney Stark*                 By: */s/ Robert D. Tadlock*_____
    Whitney Stark                          Robert D. Tadlock

JOINT CASE STATUS REPORT AND STIPULATION TO STAY OF LITIGATION          - 3 -
CASE NO. CV 11-01803 EMC

US2008 3601465.1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 In light of the parties' advising the Court that they have reached a settlement in principle and
3 are cooperating in drafting the necessary settlement documents, the litigation and all deadlines
4 hereby continue to be stayed.  The parties are to file the settlement documents by July 25, 2012 or
5 provide the Court with an update of their status at that time.   A further Case Management
6                                                                                          Conference is set for September 21, 2012 at 10:30 a.m.

7 Dated: _____        _____
8                                                                        EDWARD CHEN
                                                                         Judge of the United States District Court



JOINT CASE STATUS REPORT AND STIPULATION TO STAY OF LITIGATION                                          - 4 -
CASE NO. CV 11-01803 EMC

US2008 3601465.1

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                    */s/ Robert D. Tadlock*
                                                    Robert D. Tadlock