KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: rtadlock@kilpatricktownsend.com

*Pro hac vice:*
JAMES F. BOGAN III (GA State Bar No. 065220)
CINDY D. HANSON (GA State Bar No. 323920)
KATHRYN C. EDERLE (GA State Bar No. 940539)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email:  jbogan@kilpatricktownsend.com
Email:  chanson@kilpatricktownsend.com
Email:  kederle@kilpatricktownsend.com

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

STEVEN A. SKALET (admitted *pro hac vice*)
(sskalet@findjustice.com)
CRAIG L. BRISKIN (admitted *pro hac vice*)
(cbriskin@findjustice.com)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036
Telephone:  (202) 822-5100
Facsimile:  (202) 822-4997

MICHAEL D. DONOVAN (admitted pro hac vice)
(mdonovan@donovansearles.com)
NOAH AXLER (admitted pro hac vice)
(naxler@donovansearles.com)
DONOVAN AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:    215-732-6067
Facsimile:    215-732-8060

JOINT CASE STATUS REPORT AND STIPULATION TO STAY OF LITIGATION & [PROPOSED] ORDER - CASE NO. CV 11-01803 EMC

- 1 -

US2008 3806769 1

WHITNEY STARK (SBN 234863)
(whitneystark@rhdtlaw.com)
RUKIN, HYLAND, DORIA & TINDALL
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Case No. C 11-01803 EMC<br><br>**CLASS ACTION**<br><br>**JOINT CASE STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION AND [P~~ROP~~OSED] ORDER**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Trial Date: None<br>Complaint Filed: March 2, 2011 |

Plaintiffs Junichiro Sonoda, Lien Duong, and Marvin Kupersmit, and Defendant Amerisave Mortgage Corporation hereby submit this Joint Case Status Report and Stipulation to Continue Stay of Litigation. The parties hereby state the following:

As previously reported, on April 26, 2012, the parties reached an agreement in principle to settle this litigation on a class basis. By consent order, this litigation was stayed and the parties were ordered to either file the settlement documents or provide the Court with an update on their status by June 25, 2012. By subsequent consent order, this litigation continued to be stayed and the

JOINT CASE STATUS REPORT AND STIPULATION TO STAY OF LITIGATION & - 2 -
[PROPOSED] ORDER - CASE NO. CV 11-01803 EMC

US2008 3806769 1

parties were ordered to either file the settlement documents or provide the Court with an update on their status by August 27, 2012.

The parties are close to executing a settlement agreement and documents in support of preliminary approval of the settlement. The parties have resolved most of the open issues related to the settlement and anticipate filing the settlement documents and a motion for preliminary approval on August 31, 2012. Accordingly, the parties propose that the Court order a short extension of the litigation stay, to August 31, 2012, by which time the parties will either file the settlement documents, or provide the Court with an updated status report. The parties also request that assuming the settlement documents are filed on August 31, 2012, a hearing on the motion for preliminary approval be scheduled for October 5, 2012.

DATED: August 27, 2012 Respectfully submitted,

| RUKIN, HYLAND, DORIA & TINDALL<br>THE STURDEVANT LAW FIRM, PC<br>MEHRI & SKALET, PLLC<br>DONOVAN SEARLES, LLC<br>Attorneys for Plaintiffs | KILPATRICK TOWNSEND & STOCKTON LLP<br>Attorneys for Defendant |
|---|---|
| By: */s/ Whitney Stark*<br>      Whitney Stark | By: */s/ Robert D. Tadlock*<br>      Robert D. Tadlock |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

In light of the parties' advising the Court that they have reached a settlement in principle and are cooperating in executing the necessary settlement documents, the litigation and all deadlines hereby continue to be stayed. The parties are to file the settlement documents by August 31, 2012 or provide the Court with an update of their status at that time. If the settlement documents are filed on August 31, 2012, a hearing on the motion for preliminary approval is hereby set for October 5, 2012.

Dated: August 29, 2012



EDW... ...s District Court
IT IS SO ORDERED
Judge Edward M. Chen

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Robert D. Tadlock
Robert D. Tadlock