UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, LIEN DUONG, and MARVIN KUPERSMIT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>        Defendant. | Case No.  C 11-01803 EMC |

## DECLARATION OF ANYA VERKHOVSKAYA REGARDING NOTICE ADMINISTRATION

I, Anya Verkhovskaya, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Partner and Chief Operating Officer for A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data") located in Milwaukee, Wisconsin; West Palm Beach, Florida; San Francisco, California; and New York, New York.   My business address is 600 A.B. Data Drive, Milwaukee, WI 53217.  My direct telephone number is 414-961-6441.

2.      I submit this Declaration in connection with the class action settlement administration proceedings related to *Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803 (the "Action") at the request of Class Counsel.

3.      This Declaration is based upon my personal knowledge and upon information provided by Class Counsel, Defendant's Counsel, my associates, and staff.

4.      A.B. Data served as the Settlement Administrator in the Action pursuant to the Order Granting Preliminary Approval of Class Action Settlement, entered in the Action on October 24, 2012

(the "Order").  This Declaration reports the implementation of the notice administration program pursuant to the Order, which consisted of the following:

    A.    Disseminating the email notice (the "Email Notice"), annexed hereto as Exhibit A, to the last known email address of Settlement Class Members by electronic mail;

    B.    Disseminating the postcard notice (the "Postcard Notice"), annexed hereto as Exhibit B, to the last known mailing address of Settlement Class Members for whom the Email Notice was permanently "bounced back" from or was otherwise identified as having been undeliverable to the Settlement Class Member's email server, by First-Class Mail, postage paid;

    C.    Establishing a case-specific toll-free helpline with an interactive voice response (IVR) system;

    D.    Developing a case-specific website at AmerisaveMortgageSettlement.com and uploading case-related documents, including the Settlement Agreement, the Long Form Notice, and the Order, for review and/or download;

    E.    Uploading case-related documents to a webpage on A.B. Data's website at abdataclassaction.com/cases.aspx; and

    F.    Processing Settlement Class Members' requests for exclusion.

**NOTICE EFFECTUATION**

5.    On or about October 24, 2012, A.B. Data received the Court-approved drafts of the Email Notice and Postcard Notice and formatted them for electronic transmission and printing.

6.    On or about October 18, 2012, Defendant's Counsel provided A.B. Data with data files that contained the following information for Settlement Class Members, including borrower and co-borrowers (collectively referenced hereafter as the "Class List"):

    A.    Appraisal fees with co-borrower information;

    B.    Cancellation fees with co-borrower information; and

    C.    Credit Check fees with co-borrower information.

Declaration of Anya Verkhovskaya Regarding Notice Administration
*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803, pending in the District Court for the Northern District of California, San Francisco Division.

7.      The Class List contained the following information for borrowers and co-borrowers:

     A.      Loan number;

     B.      Settlement Class Member full name;

     C.      Settlement Class Member last known email address;

     D.      Settlement Class Member last known postal address;

     E.      Settlement Class Member Social Security number (last 4 digits) ("SSN"); and

     F.      The particular fee or fees (i.e., credit check, appraisal, and/or cancellation fees) paid by the Settlement Class Member (no co-borrowers were charged fees).

8.      The Class List as received from Defendant's Counsel contained 160,148 records.  Pursuant to the Order, A.B. Data reviewed the Class List and redacted 55,803 records for individuals and entities whose files did not indicate a fee was paid (i.e., the co-borrowers).

9.      A.B. Data also de-duplicated the Class List by (1) loan number, (2) Settlement Class Member full name; and (3) SSN, so that Settlement Class Members who were included in the Class List as having paid multiple fees (i.e., credit check, appraisal, and/or cancellation fees) were notified only once.  There were a total of 23,456 Settlement Class Members whose records were de-duplicated after being identified as having paid multiple fees.

10.     After performing its review and analysis, A.B. Data created a list of 80,889 Settlement Class Members (the "Email List").

11.     On October 29, 2012, A.B. Data caused 80,889 Email Notices to be sent via electronic mail to the Settlement Class Members from the Email List.

12.     On or about November 2, 2012, A.B. Data tabulated 9,777 emails that had permanently "bounced back" from Settlement Class Members' emails servers.  An additional 29 emails were later identified as undeliverable to Settlement Class Members' email servers and were added to the Postcard Notice mailing list (the "Mailing List"), bringing the total Mailing List to 9,806.

Declaration of Anya Verkhovskaya Regarding Notice Administration
*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803, pending in the District Court for the Northern District of California, San Francisco Division.

13.     Pursuant to the Order, A.B. Data standardized and updated Settlement Class Member addresses on the Mailing List based on information available in the National Change of Address (NCOA$^{\text{Link}}$), a national database of address changes that is compiled by the United States Postal Service (USPS).

14.     On or about November 12, 2012, A.B. Data printed the Postcard Notice in preparation for mailing.

15.     On November 12, 2012, A.B. Data caused 9,777 Postcard Notices to be mailed via First-Class Mail, postage paid, to the Settlement Class Members on the Mailing List. On December 3, 2012, Postcard Notices were mailed via First-Class Mail, postage paid, to the 29 Settlement Class Members with email addresses later identified as undeliverable.

16.     As of the date of this Declaration, 965 Postcard Notices have been returned by the USPS to A.B. Data as undeliverable-as-addressed (UAA); of those returned UAA, 17 had forwarding addresses and were re-mailed, leaving 948 Settlement Class Members for whom Postcard Notices were returned as UAA without forwarding addresses.

17.     As of the date of this Declaration, of the 80,889 Email Notices sent, 71,083 (or approximately 87.9%) were delivered successfully; and of the 9,806 Postcard Notices mailed, 8,858 (or approximately 90.3%) were delivered successfully.

18.     As a result of the notice administration program described herein, of the 80,889 potential Settlement Class Members identified from the Class List provided by Defendant's Counsel, 79,941 (or approximately 98.8%) received an Email Notice or Postcard Notice that was not returned to A.B. Data as UAA as of the date of this Declaration.

## CASE-SPECIFIC TOLL FREE HELPLINE

19.     On or about October 29, 2012, A.B. Data established a case-specific, toll free number, 866-905-8102, with an IVR system, for inquiries about the case. The automated attendant answered the calls and presented callers with a series of choices to respond to basic questions. If callers needed further assistance, they had the option to leave a message and have a live attendant return their call.

Declaration of Anya Verkhovskaya Regarding Notice Administration
*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803, pending in the District Court for the Northern District of California, San Francisco Division.

20.     As of the date of this Declaration, A.B. Data received 193 voicemail messages.  All voice mail messages were returned within three business days.

**CASE-SPECIFIC WEBSITE**

21.     On or about October 28, 2012, A.B. Data established a case-specific website for the Action, AmerisaveMortgageSettlement.com, in addition to a webpage for the Action on A.B. Data's website at abdataclassaction.com/cases.aspx.  Included on the websites is general information about the Action as well as the following case-related documents available for download by Settlement Class Members, and which remain available as of the date of this Declaration:

       A.      the Long Form Notice, downloaded 885 times to date;

       B.      the Settlement Agreement, downloaded 1,128 times to date; and

       C.      the Order, downloaded 540 times to date.

As of the date of this Declaration, the website has received 3,964 hits.

**EXCLUSIONS PROCESSING**

22.     As of the date of this Declaration, A.B. Data has received five (5) valid requests for exclusion. Annexed to this Affidavit as Exhibit C are copies of the requests for exclusion received prior to the date of this Declaration.   Exclusion requests are required to be postmarked no later than January 11, 2013. A supplemental declaration containing information regarding additional timely requests for exclusion will be forwarded to the Court in the event such requests are received by A.B. Data.

23.     As of the date of this Declaration, A.B. Data has received no invalid exclusion requests.

24.     Of the 80,889 potential Settlement Class Members, 5 (or approximately 0.006%) have submitted requests for exclusion.

Declaration of Anya Verkhovskaya Regarding Notice Administration
*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803, pending in the District Court for the Northern District of California, San Francisco Division.

## ADDRESS AND NAME UPDATE PROCESSING

25.     As of the date of this Declaration, 904 Settlement Class Members have submitted name and/or address updates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December, 2012, at Milwaukee, Wisconsin.

Anya Verkhovskaya

Declaration of Anya Verkhovskaya Regarding Notice Administration
*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803, pending in the District Court for the Northern District of California, San Francisco Division.

# Exhibit A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia corporation,<br><br>    Defendant. | Case No. 3:11-cv-01803 EMC |

**Settlement ID Number: 12345**

**RE:  IMPORTANT – THIS AFFECTS YOUR LEGAL RIGHTS; READ CAREFULLY**

Dear Amerisave Customer:

This is an official notice of a class action settlement.  A federal judge approved this notice.  This is not a solicitation from a lawyer, is not a bill and does not require you to pay money.

## NOTICE OF CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit about fees charged by Amerisave Mortgage Corporation ("Amerisave").  The Settlement provides compensation to consumers who applied for a mortgage loan from Amerisave, did not obtain a mortgage loan from Amerisave, and paid certain fees.  You have received this notice because records indicate you may be a member of the Class.  If you qualify, you will receive a payment if the Settlement is approved without any further action on your part.  You may instead choose to exclude yourself from the Settlement, or object to it.

**To learn more about the Settlement and to see a full notice explaining your rights and benefits go to AmerisaveMortgageSettlement.com.**

Plaintiffs Junichiro Sonoda, Lien Duong, and Marvin Kupersmit filed this class action against Amerisave.  The lawsuit alleges that Amerisave misled consumers who sought to lock in mortgage rates, requiring them to pay a property appraisal fee before providing a Good Faith Estimate, charging a cancellation fee, and charging a credit check fee that exceeded the amount of Amerisave's cost to obtain the credit check.  Plaintiffs alleged that each of these is a violation of the law.  Amerisave has denied any wrongdoing.

**The Settlement**:
The proposed Class Settlement will provide a cash payment if you applied for a mortgage loan from Amerisave (either as a borrower or co-borrower), did not obtain a mortgage loan from Amerisave based on that application, and in connection with that application (1) paid a property appraisal fee between August 18, 2008 and October 12, 2012, (2) paid a cancellation fee between August 8, 2007 and June 5, 2012, and/or (3) paid a credit check fee that exceeded the amount of Amerisave's cost to obtain the credit check between July 30, 2009 and May 9, 2011.  Excluded are all persons (i) who have settled or released these claims against Amerisave, (ii) who previously received a full refund of the disputed charges, and (iii) who previously had the full amount of the disputed charges applied to a subsequent mortgage loan application that was accepted and the mortgage loan was funded.

If the Court approves the Settlement, you may be entitled to a cash payment, the size of which will depend upon which fee(s) you paid. The Settlement provides that Amerisave will pay a total of $3.1 million towards resolution of these claims, Class Counsel's attorneys' fees, service awards to the Plaintiffs, and the cost of administering the Settlement.

If you qualify as a member of the Class, it has been determined based on the Loss Formula provided in the Plan that you will receive approximately 13.573% of the appraisal fee, cancellation fee, and/or excessive credit check fee.

**Your Rights**:

<u>To participate</u>: If you qualify, you can simply do nothing and receive a payment. If your mortgage loan application had co-borrowers, the payment will be made to the Class Member who was identified as the borrower on the application. You will release all your claims against Amerisave about the legal issues in this case. This means that all of the Court's orders will apply and be legally binding on you. You may, but are not required to, enter an appearance through an attorney if you desire.

<u>To exclude yourself</u>: If you do not want a payment and you do not want to be legally bound by the Settlement, your "opt-out" request must be postmarked by **January 11, 2013**, and sent to: Amerisave Mortgage Settlement, Settlement Administrator, EXCLUSIONS, c/o A.B. Data, Ltd., PO Box 170500, Milwaukee, WI 53217-8042. Your request to opt out of the Settlement Class must contain your original signature, current postal address, and a specific statement that you want to be excluded from the Settlement Class. If you do not exclude yourself by that date, you will be bound by the release of claims and judgment in this Settlement.

<u>To object</u>: If you remain in the Class, any objection you have to the Settlement must be received by **January 11, 2013**. You may also object to Class Counsel's application for attorneys' fees and expenses, which must be postmarked by **January 11, 2013**. Please note that, if you make an objection and that objection is rejected by the Court, you will be bound by the Settlement if it is approved. The only way not to be bound by the Settlement is to exclude yourself from the Settlement (*i.e.*, opt-out).

<u>The hearing</u>: The Court will hold a hearing in this case (*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803) on March 1, 2013, at the United States District Court for the Northern District of California to consider whether to approve (1) the Settlement as fair and reasonable and (2) an award of attorneys' fees and expenses of up to $775,000 and a service award to each Named Plaintiff of $5,000.

To learn more about the Settlement go to <u>AmerisaveMortgageSettlement.com</u> or call 866-905-8102.

# Exhibit B

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNICHIRO SONODA, et al., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia corporation,<br><br>               Defendant. | Case No. 3:11-cv-01803 EMC |

**RE: IMPORTANT – THIS AFFECTS YOUR LEGAL RIGHTS; READ CAREFULLY**

Dear Amerisave Customer:

This is an official notice of a class action settlement. A federal judge approved this notice. This is not a solicitation from a lawyer, is not a bill and does not require you to pay money.

### NOTICE OF CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit about fees charged by Amerisave Mortgage Corporation ("Amerisave"). The Settlement provides compensation to consumers who applied for a mortgage loan from Amerisave, did not obtain a mortgage loan from Amerisave, and paid certain fees. You have received this notice because records indicate you may be a member of the Class. If you qualify, you will receive a payment if the Settlement is approved without any further action on your part. You may instead choose to exclude yourself from the Settlement, or object to it.

**To learn more about the Settlement and to see a full notice explaining your rights and benefits go to AmerisaveMortgageSettlement.com.**

Plaintiffs Junichiro Sonoda, Lien Duong, and Marvin Kupersmit filed this class action against Amerisave. The lawsuit alleges that Amerisave misled consumers who sought to lock in mortgage rates, requiring them to pay a property appraisal fee before providing a Good Faith Estimate, charging a cancellation fee, and charging a credit check fee that exceeded the amount of Amerisave's cost to obtain the credit check. Plaintiffs alleged that each of these is a violation of the law. Amerisave has denied any wrongdoing.

**The Settlement**: The proposed Class Settlement will provide a cash payment if you applied for a mortgage loan from Amerisave (either as a borrower or co-borrower), did not obtain a mortgage loan from Amerisave based on that application, and in connection with that application (1) paid a property appraisal fee between August 18, 2008 and October 12, 2012, (2) paid a cancellation fee between August 8, 2007 and June 5, 2012, and/or (3) paid a credit check fee that exceeded the amount of Amerisave's cost to obtain the credit check between July 30, 2009 and May 9, 2011. Excluded are all persons (i) who have settled or released these claims against Amerisave, (ii) who previously received a full refund of the disputed charges, and (iii) who previously had the full amount of the disputed charges applied to a subsequent mortgage loan application that was accepted and the mortgage loan was funded.

If the Court approves the Settlement, you may be entitled to a cash payment, the size of which will depend upon which fee(s) you paid. The Settlement provides that Amerisave will pay a total of $3.1 million towards resolution of these claims, Class Counsel's attorneys' fees, service awards to the Plaintiffs, and the cost of administering the Settlement.

If you qualify as a member of the Class, it has been determined based on the Loss Formula provided in the Plan that you will receive approximately 13.573% of the appraisal fee, cancellation fee, and/or excessive credit check fee.

**Your Rights**: To participate: If you qualify, you can simply do nothing and receive a payment. If your mortgage loan application had co-borrowers, the payment will be made to the Class Member who was identified as the borrower on the application. You will release all your claims against Amerisave about the legal issues in this case. This means that all of the Court's orders will apply and be legally binding on you. You may, but are not required to, enter an appearance through an attorney if you desire.

To exclude yourself: If you do not want a payment and you do not want to be legally bound by the Settlement, your "opt-out" request must be postmarked by **January 11, 2013**, and sent to: Amerisave Mortgage Settlement, Settlement Administrator, EXCLUSIONS, c/o A.B. Data, Ltd., PO Box 170500, Milwaukee, WI 53217-8042. Your request to opt out of the Settlement Class must contain your original signature, current postal address, and a specific statement that you want to be excluded from the Settlement Class. If you do not exclude yourself by that date, you will be bound by the release of claims and judgment in this Settlement.

To object: If you remain in the Class, any objection you have to the Settlement must be received by **January 11, 2013**. You may also object to Class Counsel's application for attorneys' fees and expenses, which must be received by **January 11, 2013**. Please note that, if you make an objection and that objection is rejected by the Court, you will be bound by the Settlement if it is approved. The only way not to be bound by the Settlement is to exclude yourself from the Settlement (i.e., opt-out).

The hearing: The Court will hold a hearing in this case (*Sonoda, et al. v. Amerisave Mortgage Corp.*, Case No. 3:11-cv-01803) on February 28, 2013, at the United States District Court for the Northern District of California to consider whether to approve (1) the Settlement as fair and reasonable and (2) an award of attorneys' fees and expenses of up to $775,000 and a service award to each Named Plaintiff of $5,000.

To learn more about the Settlement go to AmerisaveMortgageSettlement.com or call 866-905-8102.

QUESTIONS?  VISIT AMERISAVEMORTGAGESETTLEMENT.COM OR CALL 866-905-8102.

# Exhibit C

**Amerisave -** 50040

**10238914**

DEC 0 7 2012

**To:**   Amerisave Mortgage Settlement, Settlement Administrator

EXCLUSIONS, c/o A.B. Data, Ltd.,

PO Box 170500, Milwaukee, WI 53217-8042

**From:**   Seung Kee Min

8685 Belgrove Gardens Ln, Gainesville, VA 20155

Tel: 703-743-9957

I want to be excluded from *Sonoda, et al. v. Amerisave Mortgage Corp.*

The Amerisave Mortgage Settlement (*Sonoda, et al. v. Amerisave Mortgage Corp.* ) does not apply to me.

December 3, 2012

Seung Kee Min

**Amerisave - 50640**

10238913

|||||||||||||||||||||||||||||||||||||||||||||||||||

Amerisave Mortgage Settlement
Settlements Administrator - EXCLUSIONS
C/O  A.B. Data, Ltd.                                                    NOV 2 0 2012
PO Box 170500
Milwaukee, WI  53217-8042

Re:  EXCLUSION from Sonoda et al. v. Amerisave Mortgage Corp.

Dear Sir or Madam:

I am writing to exclude myself from the Sonoda et al. v. Amerisave Mortgage Corp. Settlement.

I therefore maintain my right to sue or continue to sue Amerisave Mortgage Corp. for their
illegal and unprofessional behaviors in handling my mortgage application.   I have a very
thorough record of both emails and telephone calls regarding their actions.

Respectfully,

William B. Mifflin
535 Schofield Dr
Powder Springs, GA  30127
404-353-0890
bmifflin@mindspring.com

William B. Mifflin
535 Schofield Dr.
Powder Springs, GA 30127

NORTH METRO GA 301

17 NOV 2012 PM 7 L

USA

JUSTICE
FOREVER

Amerisave Mortgage Settlement
Settlements Administrator - EXCLUSIONS
C/O  A.B. Data, Ltd.
PO Box 170500
Milwaukee, WI  53217-8042

53217804200

Amerisave - 50040

**10238912**

NOV 0 6 2012

11/02/2012

This is a formal request to **EXCLUDE** me from the current class action lawsuit below.

# NOTICE OF CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit about fees charged by Amerisave Mortgage Corporation ("Amerisave"). The Settlement provides compensation to consumers who applied for a mortgage loan from Amerisave, did not obtain a mortgage loan from Amerisave, and paid certain fees. You have received this notice because records indicate you may be a member of the Class. If you qualify, you will receive a payment if the Settlement is approved without any further action on your part. You may instead choose to exclude yourself from the Settlement, or object to it.

**The Settlement:**
The proposed Class Settlement will provide a cash payment if you applied for a mortgage loan from Amerisave (either as a borrower or co-borrower), did not obtain a mortgage loan from Amerisave based on that application, and in connection with that application (1) paid a property appraisal fee between August 18, 2008 and October 12, 2012, (2) paid a cancellation fee between August 8, 2007 and June 5, 2012, and/or (3) paid a credit check fee that exceeded the amount of Amerisave's cost to obtain the credit check between July 30, 2009 and May 9, 2011. Excluded are all persons (i) who have settled or released these claims against Amerisave, (ii) who previously received a full refund of the disputed charges, and (iii) who previously had the full amount of the disputed charges applied to a subsequent mortgage loan application that was accepted and the mortgage loan was funded.

Sincerely,

Jason S Rowland

1016 Saddlecreek Parkway

Birmingham, Alabama 35242

Jason S. Rowland
1016 SaddleCreek Parkway
B'ham, AL 35242

BIRMINGHAM AL 352

03 NOV 2012 FM 4 L

-Amerisave Mortgage Settlement
Settlement Administrator
Exclusions, c/o A.B. Data, Ltd
P.O. Box 170500
Milwaukee, WI 53217-8042

53217$8042       [barcode]

Amerisave - 50040
10238911
|||||||||||||||||||||||||||||||||||||||||||

October 30, 2012

Opt out Request:

NOV 02 2012

This is to certify that I, Mariana Gherasim, want to opt out of this Settlement Class.

Settlement ID Number: 10248180

Regards,

Mariana Gherasim



Ms Mariana Gharasim
1415 Briar Bayou Dr
Houston, TX 77077-2003

CONFIDENTIAL
To Be Opened By Addressee Only

HOUSTON TX 770

30 OCT 2012 PM 5 C

Amerisave Mortgage Settlement

TO: Settlement Administrator

LOCATION: Exclusions, c/o A.B. Data Ltd
PO Box 170500
Milwaukee, WI 53217-8042

53217804200

**Amerisave** - 50040

**10238910**

Ruthie M. Counter
806 S. Duncan Road
Champaign IL 61821

NOV 0 1 2012

Amerisave Mortgage Settlement
Settlement Administrator
EXCLUSIONS
c/o A.B. Data, Ltd.
PO Box 170500
Milwaukee, WI 53217-8042

To the Administrator·

I wish to be excused (opt-out) from the Amerisave Class Action Settlement Case No. 3 11-cv-01803 EMC. Thank you.

Sincerely,

*Ruthie M. Counter*

Ruthie M. Counter

806 S. Duncan Rd.
Champaign IL 618 21

CHAMPAIGN IL 618

Amerisave Mortgage Settlement
Settlement Administrator
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee WI 53217-8042